# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2009

Marilyn Kelly,
Chief Justice

138167

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

ANDREW LUTCHMAN,
           Plaintiff-Appellee,

v

                                   SC: 138167
                                   COA: 287445

FAST DECKS, INC., d/b/a FASTDECKS, INC.,       Wayne CC: 07-730924-NI
and MGM GRAND DETROIT,
           Defendants-Appellants.

_____/

      On order of the Court, the application for leave to appeal the January 6, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2009

0420

                                   Clerk